IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HARRINGTON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00047 AWI DLB PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>(Doc. 6) |

　　　　Plaintiff James E. Smith ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 4, 2009, pursuant to 28 U.S.C. § 1915(g), the court found Plaintiff ineligible to proceed in forma pauperis and ordered Plaintiff to pay the $350.00 filing fee in full within twenty days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action, without prejudice. More than twenty days have passed and Plaintiff has not complied with or otherwise responded to the court's order.

　　　　Accordingly, this is action is hereby dismissed, without prejudice, based on Plaintiff's failure to obey the court's order to pay the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:　June 26, 2009**　　　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE